IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR25 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JOSHUA GALL, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to extend his self surrender date from January 21, 2010, for a minimum of eight weeks (Filing No. 59). While the Court recognizes the Defendant's medical condition and is sympathetic to his desire to continue his treatment under current medical providers, the Court cannot conclude that his needs will not be met by Bureau of Prisons personnel at the designated location.

IT IS ORDERED that the Defendant's motion to extend his self surrender date (Filing No. 59) is denied.

DATED this 19th day of January, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge